Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

Stephen Stoute
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Navient
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2019 JUN 19 AM 10:38

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Stephen Stoute |
   | Street Address | 47 Orange Street |
   | City and County | Chelsea  Suffolk |
   | State and Zip Code | 02150 |
   | Telephone Number | Private |
   | E-mail Address | stoute.s@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name: Navient

Job or Title (if known):

Street Address: P.O. Box 4200

City and County: Wilkes-Barre

State and Zip Code: PA 18773

Telephone Number:

E-mail Address (if known):

Defendant No. 2

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

Defendant No. 3

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

Defendant No. 4

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* __Stephen Stoute__, is a citizen of the State of *(name)* __Massachusetts__.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* __Navient__, is incorporated under the laws of the State of *(name)* __PA  Pennsylvania__, and has its principal place of business in the State of *(name)* __Pennsylvania__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, (name) __Navient__, is incorporated under the laws of the State of (name) __Pennsylvania__, and has its principal place of business in the State of (name) __Pennsylvania__.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) __Pennsylvania__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain):

— Breach of contract
— emotional distress
— punitive damage

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please refer to Complaint attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Actual damage: Pay $48,245 + plus interest accrued on alleged debt
Injunctive relief: remove the alleged debt from my credit score, including any late payments (false representations)
emotional distress: $80,000
punitive damages: $350,000

# Complaint

**May 2, 2019** — Navient claimed that I owed them $48,245 plus interest for an alleged debt. On or around May 2, 2019 I sent an 18 question Inquire letter to Navient regarding the alleged debt. The inquire letter was sent via certified mail with a return 3811 form. Navient didn't answer the questions.

**May 22, 2019** — I sent out the same 18 question inquire letter to Navient. The reason for sending out the inquire letter was to give Navient a second chance to answer the questions. This second chance was just in case the reason for no response was due to reasonable neglect, mistake or impossibility. I also sent Navient a Notice of Default and opportunity to cure and a mailing Affidavit. All of these forms was signed and sealed into an envelope before a Notary public.

**May 29, 2019** — USPS form 3811 was returned indicating that Navient received the package. Navient was given 10 days to respond to the inquire letter. This also was the time to adjust the account if the contract was breached.

**June 14, 2019** — Navient didn't respond to the 18 question inquire or adjust the account. By not responding to the inquire letter and curing the breach Navient dishonored the notary public and ~~~~.

Because of Navient, I suffered in housing for several years. This was due to the alleged debt being placed onto my credit report and having a low score on my credit report due to the alleged debt.

As a result of Navients actions I was embarrassed to show my credit report or have a credit check performed. Landlords, property managing companies and automobile dealers use credit reports to screen applicants and determine the reputation of the applicant. Because the alleged debt was on my report and with a low score that came with the alleged debt, a false picture was painted of me as a being who has too much debt, who can't make payments on time and a being who lacks responsibility. My reputation was destroyed. Anytime I was required to have a credit check performed I would get uncomfortable, I would feel embarrassed.

Navients actions impacted my life, liberty and pursuit of happiness.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/19/19

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Stephen Stoute

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____